FILED
September 11, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: \_\_\_\_\_DT\_\_\_\_\_
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § v. § § OCTAVIO CARRASCO-GIMEZ, § § Defendant. § § | Case No: EP:24-CR-02057-LS |

### NOTICE OF INTENT TO SEEK INCREASED STATUTORY PENALTY

The United States Attorney hereby notifies the Defendant that the Government will seek the increased penalties provided by Title 8, United States Code, Section 1326(a) and (b)(1).

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: *[signature]*
PATRICIA AGUAYO
Assistant United States Attorney
Texas Bar #24059359
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884